■ In the Matter of EMMETH SEALEY, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of HANDEL SEMPER, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of WILLIE WILLIAMS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Ricotta, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ In the Matter of HENRY WILSON, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (see *Matter of Jones v Smith,* 120 Misc 2d 445, affd 101 AD2d 705). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.